```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                   PLAINTIFF

V.                    NO. 6:10-CR-60010-002
                      NO. 6:12-CV-06015

IVAN BARKER, JR.                                           DEFENDANT

ORDER

Now on this 12th day of March 2013, there comes on for consideration the Report and Recommendation filed herein on November 15, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 89). No objections have been filed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation (Doc. 89) is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 74) is **GRANTED** for the purpose of re-sentencing to allow Defendant to file an appeal. All of Defendant's other claims are stayed pending the outcome of any appeal, after which time he shall have thirty (30) days following any affirmance of his new sentence in which to file any claim pursuant to 28 U.S.C. § 2255.

Defendant is hereby re-sentenced to ninety-six (96) months

with the Bureau of Prisons with all other conditions of his sentence to remain the same. The United States Probation Office is directed to prepare an Amended Judgment in this matter. Defendant's notice of appeal must be filed within fourteen (14) days after entry of the Amended Judgment.

    IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge